### KEVIN MALARNEY *v.* KAREN MALARNEY

The plaintiff's petition for certification for appeal from the Appellate Court (AC 31793) is denied.

*Frank P. Cannatelli,* in support of the petition.

*Jon T. Kukucka,* in opposition.

Decided September 22, 2010

### BETTY SULLIVAN, CONSERVATRIX (ESTATE OF EDITH FRYER) *v.* KIMBERLY ALBRIGHT LAZZARI ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 32037) is denied.